## Proceeding Minutes / Proceeding Memo

*Case #:* 13-20376    *Case Name:* Helene M. Gaudet and Kevin T. Gaudet
*Set:* 12/18/2013 09:00 am    *Chapter:* 13    *Type:* bk    *Judge* James B. Haines
*matter* Doc# 27 - CNT'D HRG - CONFIRMATION

---

Minute Entry re: (related document(s): [27] Confirmation of Debtors' Amended Chapter 13 Plan); Appearances: Peter C. Fessenden, J Scott Logan. Hearing continued to 01/15/2014 at 09:00 AM at Bankruptcy Courtroom, Portland. (MEP)